# In the United States Court of Federal Claims

No. 07-513C
(Filed July 11, 2007)
**Bid Protest**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **THE CENTECH GROUP, INC.,** | \* |
| Plaintiff, | \* |
| v. | \* |
| **UNITED STATES OF AMERICA,** | \* |
| Defendant, | \* |
| and | \* |
| **TYBRIN, INC.,** | \* |
| Intervenor. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \*

**ORDER GRANTING MOTION TO INTERVENE**

    On July 10, 2007, pursuant to Rule 24 of the Rules of the Court of Federal Claims, counsel for Tybrin, Inc. orally moved for leave to intervene in this action.  Because Tybrin, Inc. has an interest in the outcome of this action and its interests cannot be represented by the existing parties, and its intervention will not delay or prejudice the adjudication of the rights of Plaintiff, Tybrin's motion to intervene as a party defendant is **GRANTED**.  Counsel for Intervenor shall file a notice of appearance with the Clerk of Court.


                                        s/Mary Ellen Coster Williams
                                        **MARY ELLEN COSTER WILLIAMS**
                                        **Judge**